# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

131923

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEE HENRY BERRY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131923
COA: 270093
Bay CC: 99-001541-FH

On order of the Court, the application for leave to appeal the July 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

Clerk

p1206